IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Randy Thurman and Nathan Minga, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>All State Fire Equipment of Texas, Inc., n/n/a ASFE Fleet Solutions,<br><br>　　　　　　　　Defendant. | CA No.: 14-cv-2344-L<br><br>Jury Demanded |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Randy Thurman and Nathan Minga provide the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

- Randy Thurman;
- Nathan Minga;
- The Law Office of Chris R. Miltenberger, PLLC; and
- All State Fire Equipment of Texas, Inc., n/n/a ASFE Fleet Solutions.

Respectfully submitted:

The Law Office of Chris R. Miltenberger, PLLC


By:     */s/ Chris R. Miltenberger*
        Chris R. Miltenberger
        Texas State Bar Number 14171200

1340 N. White Chapel, Suite 100
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorney for Plaintiffs Randy Thurman and Nathan Menga