IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Randy Thurman and Nathan Minga, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>All State Fire Equipment of Texas, Inc., n/n/a ASFE Fleet Solutions,<br><br>　　　　Defendant. | CA No.: 14-cv-2344-L<br><br><br><br>Jury Demanded |

## **PLAINTIFFS' NOTICE OF FILING ADDITIONAL CONSENTS**

Plaintiffs hereby file the following additional Notices of Consent in connection with the above-entitled and numbered action, attached hereto as Exhibit A:

1.　　Jeffrey Barnes; and

2.　　Glynn Purcell II

Respectfully submitted:

The Law Office of Chris R. Miltenberger, PLLC


By:      /s/ *Chris R. Miltenberger*
       Chris R. Miltenberger
       Texas State Bar Number 14171200

1340 N. White Chapel, Suite 100
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorney for Plaintiffs Randy Thurman and Nathan Minga

# Exhibit A

## NOTICE OF CONSENT

I consent to become a party plaintiff in a lawsuit seeking damages for unpaid wages under the Fair Labor Standards Act from All State Fire Equipment of Texas, Inc. n/n/a ASFE Fleet Solutions and any other entities or individuals who are determined to be employers under the Fair Labor Standards Act.

I agree to be represented by Chris R Miltenberger of the Law Office of Chris R. Miltenberger, PLLC.

Date: June 25th, 2014

Signature: *(signed)*

Printed Name: Jeffrey D. Barnes

---

**Consent to be Party Plaintiff**

## NOTICE OF CONSENT

I consent to become a party plaintiff in a lawsuit seeking damages for unpaid wages under the Fair Labor Standards Act from All State Fire Equipment of Texas, Inc. n/n/a ASFE Fleet Solutions and any other entities or individuals who are determined to be employers under the Fair Labor Standards Act.

I agree to be represented by Chris R Miltenberger of the Law Office of Chris R. Miltenberger, PLLC.

Date: 6-25-2014

Signature: _____

Printed Name: Glynn Lee Purcell II

---

**Consent to be Party Plaintiff**